IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TINA S. HO-GLAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | )   Civil Action No. |
| Defendant. | )   5:04-CV-225-C |

## ORDER OVERRULING OBJECTIONS AND ADOPTING
## THE UNITED STATES MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Plaintiff Tina S. Ho-Gland successfully challenged a decision of Defendant, the Commissioner of Social Security, and sought reimbursement of her attorney's fees under the provisions of the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  Defendant objected to the application for fees, and the United States District Court referred the issue to the United States Magistrate Judge for report and recommendation, proposed findings of fact and conclusions of law, and a proposed judgment.

The United States Magistrate Judge filed a Report and Recommendation on January 23, 2006, and Plaintiff has filed objections to the Report and Recommendation. Defendant has not responded to Plaintiff's objections.

The court has made a *de novo review* of the records and issues in this case and finds that Plaintiff's objections should be **OVERRULED** and that the Magistrate Judge's Report and Recommendation should be **ADOPTED** as the findings of this Court.  It is, therefore,

**ORDERED** that Plaintiff's attorney is awarded attorney's fees in the amount of $3,740.40.

Dated this 2nd day of March, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT